[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 22-11915

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

EDDIE D. STARKS,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:20-cr-00072-MW-MAF-1

————————————

2                          Opinion of the Court                    22-11915

Before NEWSOM, GRANT, and MARCUS, Circuit Judges.

PER CURIAM:

Richard Smith, appointed counsel for Eddie Starks in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Starks's conviction and sentence are **AFFIRMED**.